## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALSTOM TRANSPORTATION, INC., | |
| Plaintiff, | Case No. 24-cv-2098 (JMC) |
| v. | |
| FEDERAL RAILROAD ADMINISTRATION, *et al.*, | |
| Defendants, and | |
| SIEMENS MOBILITY, INC. & DESERTXPRESS ENTERPRISES, LLC d/b/a BRIGHTLINE WEST, | |
| Intervenor-Defendants. | |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that the motions to dismiss for lack of subject matter jurisdiction, ECF 35, ECF 39, and ECF 44, are **GRANTED** and the case is **DISMISSED** without prejudice. The Plaintiff's motion for summary judgment and motions for a preliminary injunction, ECF 12, ECF 51, and ECF 75, along with the motions for a hearing and status conference, ECF 52 and ECF 53, are **DENIED** as moot.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: December 16, 2025

1